1 | Laurence F. Padway, #89314
  | Law Offices of Laurence F. Padway
2 | 1516 Oak Street, Suite 109
  | Alameda, California 94501
3 | Telephone: (510)814-6100
  | Facsimile : (510)814-0650
4 |
  | David J. Linden (SBN: 041221)
5 | P.O. Box 5780
  | Napa, California 94581
6 | Telephone: (707) 252-7007
  | Facsimile: (707) 252-7883
7 |
  | Attorneys for plaintiff

FILED
07 MAR -6 PM 2:18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CREMIN

    Plaintiff,

vs.

MCKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY PLAN,

    Defendant

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Real Party in Interest

C 07 1302

PROOF OF SERVICE

Proof of Service      1

# PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, State of California. I am over the age of 18 and not a party to this action. My business address is 1516 Oak Street, Suite 109, Alameda, California 94501.

On the date set forth below, I caused the following document(s) to be served as follows:

1. **Civil Cover Sheet**
2. **Summons**
3. **Complaint for ERISA Benefits**

__X__ **MAIL** – I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Services. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, with postage fully prepaid and deposited at or before the close of business.

___ **FACSIMILE** – I served a true copy of the aforementioned document by use of facsimile machine on the parties in this action to the numbers as set forth below. The facsimile machine I used complied with California Rules of Court, Rule 2003 (3) and no error was reported by the machine. Pursuant to Rules of Court, Rule 2008 (e) I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

___ **PERSONAL SERVICE** – Delivered by hand to the addressee addressed as set forth below.

___ **OVERNIGHT DELIVERY** – By causing a true copy to and/or original thereof to be sent via overnight delivery.

I declare the foregoing under the penalty of perjury.

Executed on March 2, 2007 at Alameda, California.

*Julie Carter*
Julie Carter

Proof of Service                                                                 2