Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

David J. Linden (SBN: 041221)
P.O. Box 5780
Napa, California 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN | No. C07-1302 JL |
| Plaintiff, | REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER |
| vs. | |
| MCKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY PLAN, | |
| Defendant / | Date: June 13, 2007 Time: 10:30 a.m. |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | Hon. James Larson |
| Real Party in Interest / | |

    Plaintiff, MICHAEL CREMIN, hereby requests a continuance of the case management conference currently scheduled for June 13, 2007 at 10:30 a.m. as counsel for plaintiff is currently in trial in Monterey County in Department 16 on the case of Buijs v. State of California, Case No. M79864.

    Dated: June 12, 2007

_____
Laurence F. Padway
Attorney for plaintiff

Request for Continuance of CMC
And Proposed Order    1

1 ORDER

3   IT IS SO ORDERED.  The case management conference in the above matter shall be
4 continued to _____ .

6                           .
7 Dated: _____                              _____
                                                     Judge James Larson

Request for Continuance of CMC
And Proposed Order                         2