1 | Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
2 | 1516 Oak Street, Suite 109
Alameda, California 94501
3 | Telephone: (510)814-6100
Facsimile : (510)814-0650
4
David J. Linden (SBN: 041221)
5 | P.O. Box 5780
Napa, California 94581
6 | Telephone: (707) 252-7007
Facsimile: (707) 252-7883
7
Attorneys for plaintiff
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN | No. C07-1302 JL |
| | AMENDED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER |
| Plaintiff, vs. | |
| MCKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY PLAN, | |
| Defendant_____/ | Date: June 13, 2007 Time: 10:30 a.m. |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | Hon. James Larson |
| Real Party in Interest_____/ | |

Plaintiff, MICHAEL CREMIN, hereby requests a continuance of the case management conference currently scheduled for June 13, 2007 at 10:30 a.m. as counsel for plaintiff is currently in trial in Monterey County in Department 16 on the case of Buijs v. State of California, Case No. M79864. Plaintiff requests that the case management conference be continued to August 8, 2007 at 10:30 a.m.

Dated: June 13, 2007         /s/_____
                                           Laurence F. Padway
                                           Attorney for plaintiff

Amended Request for Continuance of
CMC And Proposed Order                    1

## ORDER

IT IS SO ORDERED. The case management conference in the above matter shall be continued to August 8, 2007 at 10:30 a.m..

.

Dated: _____                    _____
                                                                    Judge James Larson

Amended Request for Continuance of
CMC And Proposed Order                        2