1  Laurence F. Padway, #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510)814-6100
   Facsimile : (510)814-0650
4
   David J. Linden (SBN: 041221)
5  P.O. Box 5780
   Napa, California 94581
6  Telephone: (707) 252-7007
   Facsimile:   (707) 252-7883
7
   Attorneys for plaintiff
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 MICHAEL CREMIN                          No. C07-1302 JL
                                           AMENDED
                                           REQUEST FOR CONTINUANCE
13         Plaintiff,                      OF CASE MANAGEMENT
       vs.                                 CONFERENCE AND (~~PROPOSED~~)
14                                         ORDER
   MCKESSON CORPORATION EMPLOYEES'
15 LONG TERM DISABILITY PLAN,

16         Defendant                       Date: June 13, 2007
   _____/        Time: 10:30 a.m.
17
   LIBERTY LIFE ASSURANCE COMPANY
18 OF BOSTON,                              Hon. James Larson

19         Real Party in Interest

20 _____/

21     Plaintiff, MICHAEL CREMIN, hereby requests a continuance of the case management

22 conference currently scheduled for June 13, 2007 at 10:30 a.m. as counsel for plaintiff is currently in

23 trial in Monterey County in Department 16 on the case of Buijs v. State of California, Case No.

24 M79864. Plaintiff requests that the case management conference be continued to August 8, 2007 at

25 10:30 a.m.

26         Dated: June 13, 2007       /s/_____
                                           Laurence F. Padway
27                                         Attorney for plaintiff

28

Amended Request for Continuance of
CMC And Proposed Order                         1

ORDER

IT IS SO ORDERED. The case management conference in the above matter shall be continued to August 8, 2007 at 10:30 a.m..

Dated: __June 13, 2007

*IT IS SO ORDERED*
*Judge James Larson*
*United States District Court, Northern District of California*

Amended Request for Continuance of
CMC And Proposed Order                    2