PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
CRYSTAL N. THOMAS (SBN 181885)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701

Attorneys for Real Party in Interest
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN,<br><br>　　　　　Defendants.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Real Party in Interest. | CASE NO.  C 07-1302 JL<br><br>**REAL PARTY IN INTEREST LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S NOTICE OF INTERESTED ENTITIES OR PERSONS**<br><br>**N.D. Civil L.R. 3-16** |

　　　Real Party in Interest Liberty Life Assurance Company of Boston (hereinafter "defendant") submits this Notice of Interested Entities and Persons pursuant to Civil Local Rule 3-16. In so doing, defendant certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (2) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding.

| | |
|---|---|
| MICHAEL CREMIN | Plaintiff |
| McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN | Defendant |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | Real Party in Interest |

Dated: July 6, 2007            ROPERS, MAJESKI, KOHN & BENTLEY

By:   /s/ Kathryn C. Curry
    PAMELA E. COGAN
    KATHRYN C. CURRY
    CRYSTAL N. THOMAS
    Attorneys for Real Party in Interest
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON