# EXHIBIT "B"

PAMELA E. COGAN (SBN 105089)
ERIN A. CORNELL (SBN 227135)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CREMIN,<br><br>    Plaintiff,<br><br>v.<br><br>McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN,<br><br>    Defendant. | CASE NO. C 04-4394 EDL<br><br>STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF LIBERTY LIFE ASSURANCE COMPANY OF BOSTON FOR DEFENDANT McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY PLAN |

This is an action arising under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. section 1132 (a)(1) and (3).

WHEREAS, plaintiff Michael Cremin has named McKesson Corporation Employees' Long Term Disability Benefit Plan ("Plan") as defendant in this action,

WHEREAS, the complaint was served on McKesson Corporation on October 18, 2004.

WHEREAS, the Plan was fully insured under a policy issued by Liberty Life Assurance Company of Boston to McKesson Corporation.

WHEREAS, Liberty Life Assurance Company of Boston agrees it will be liable for any judgment concerning the payment or non-payment of long term disability benefits that may result from this action as if it were the Plan.

RC1/3648481/EAC

STIPULATION AND ORDER RE DISMISSAL OF THE PLAN C 04-4394 EDL C 04-4394 EDL

IT IS HEREBY STIPULATED between the parties through their respective counsel of record that Liberty Life Assurance Company of Boston will and hereby is substituted in the place of and instead of the Plan.

IT IS FURTHER STIPULATED between the parties through their respective counsel of record that service of the complaint on McKesson Corporation is deemed effective service on Liberty Life Assurance Company of Boston for purposes of this instant lawsuit.

IT IS FURTHER STIPULATED that the Plan is hereby dismissed without prejudice and the complaint is amended to name Liberty Life Assurance Company of Boston as defendant.

**IT IS SO STIPULATED.**

Dated: November ____, 2004

THORNTON DAVIDSON & ASSOCIATES

By:_____
THORNTON DAVIDSON
Attorney for Plaintiff
Michael Cremin

Dated: November 24, 2004

JENKINS, GOODMAN, NEUMAN & HAMILTON

By:_____
FARLEY J. NEUMAN
Attorneys for MCKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN

Dated: November 29, 2004

ROPERS, MAJESKI, KOHN & BENTLEY

By:_____
PAMELA E. COGAN
ERIN A. CORNELL
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

IT IS HEREBY STIPULATED between the parties through their respective counsel of record that Liberty Life Assurance Company of Boston will and hereby is substituted in the place of and instead of the Plan.

IT IS FURTHER STIPULATED between the parties through their respective counsel of record that service of the complaint on McKesson Corporation is deemed effective service on Liberty Life Assurance Company of Boston for purposes of this instant lawsuit.

IT IS FURTHER STIPULATED that the Plan is hereby dismissed without prejudice and the complaint is amended to name Liberty Life Assurance Company of Boston as defendant.

**IT IS SO STIPULATED.**

Dated: November 24, 2004

THORNTON DAVIDSON & ASSOCIATES

By: _____
THORNTON DAVIDSON
Attorney for Plaintiff
Michael Cremin

Dated: November ___, 2004

JENKINS, GOODMAN, NEUMAN & HAMILTON

By: _____
FARLEY J. NEUMAN
Attorneys for MCKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN

Dated: November ___, 2004

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
ERIN A. CORNELL
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

RC1/364848.1/EAC - 2 - STIPULATION AND ORDER RE DISMISSAL OF THE PLAN C 04-4394 EDL C 04-4394 EDL

# ORDER

IT IS SO ORDERED. Liberty Life Assurance Company of Boston is hereby substituted in place of the Plan for all purposes.

The Plan is dismissed without prejudice.

Dated: 1/5/05 ~~November ___, 2004~~

/s/ CLAUDIA WILKEN

~~HONORABLE MAJESTRATE JUDGE ELIZABETH D. LAPORTE~~