PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
CRYSTAL N. THOMAS (SBN 181885)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone:    (650) 364-8200
Facsimile:     (650) 780-1701
Email: pcogan@ropers.com

Attorneys for Real Party In Interest
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CREMIN,<br><br>            Plaintiff,<br><br>    v.<br><br>McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN<br><br>            Defendants.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>            Real Party In Interest | CASE NO. C 07-1302-JL<br><br>**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO THE HONORABLE CLAUDIA WILKEN** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:**

The undersigned party in the above-captioned civil action hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and

//

//

//

RC1/439507.1/AL5

LIBERTY LIFE' 'S DECLINATION TO PROCEED
BEFORE A MAGISTRATE JUDGE C 07-1302-JL

1  therefore requests the reassignment of this case to the Honorable Judge Claudia Wilken who
2  heard related case <u>Cremin v. McKesson Corporation Employees' Long Term Disability Plan</u>, No.
3  C 04-4394-CW.

4

5  Dated: July 26, 2007                                    ROPERS, MAJESKI, KOHN & BENTLEY

6
7                                                          By: /s/ Thomas
8                                                          PAMELA E. COGAN
                                                           KATHRYN C. CURRY
9                                                          CRYSTAL N. THOMAS
                                                           Attorneys for Real Party In Interest
10                                                         LIBERTY LIFE ASSURANCE
                                                           COMPANY OF BOSTON

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RC1/439507.1/AL5                            - 2 -           LIBERTY LIFE' 'S DECLINATION TO PROCEED
                                                            BEFORE A MAGISTRATE JUDGE  C 07-1302-JL