1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  CRYSTAL N. THOMAS (SBN 181885)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, CA  94063
4  Telephone:     (650) 364-8200
   Facsimile:      (650) 780-1701
5
   Attorneys for Defendant McKESSON
6  CORPORATION EMPLOYEES' LONG TERM
   DISABILITY BENEFIT PLAN and Real Party in
7  Interest LIBERTY LIFE ASSURANCE COMPANY
   OF BOSTON
8
                     UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MICHAEL CREMIN,<br><br>            Plaintiff,<br><br>v.<br><br>McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN,<br><br>            Defendants.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>            Real Party in Interest. | CASE NO.  C 07-1302 WHA<br><br>**McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN'S NOTICE OF INTERESTED ENTITIES OR PERSONS**<br><br>**N.D. Civil L.R. 3-16** |

Defendant McKesson Corporation Employees' Long Term Disability Benefit Plan (hereinafter "defendant") submits this Notice of Interested Entities and Persons pursuant to Civil Local Rule 3-16.  In so doing, defendant certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (2) have a  non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding.

| | |
|---|---|
| MICHAEL CREMIN | Plaintiff |
| McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN | Defendant |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | Real Party in Interest |

Dated: August 3, 2007　　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY


　　　　　　　　　　　　　　　　　　By:　　　/s/  Crystal N. Thomas
　　　　　　　　　　　　　　　　　　　PAMELA E. COGAN
　　　　　　　　　　　　　　　　　　　KATHRYN C. CURRY
　　　　　　　　　　　　　　　　　　　CRYSTAL N. THOMAS
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN and Real Party in Interest LIBERTY LIFE ASSURANCE COMPANY OF BOSTON