FARLEY J. NEUMAN - State Bar #100021
JENKINS GOODMAN NEUMAN & HAMILTON
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for McKESSON CORPORATION EMPLOYEES' LONG TERM
DISABILITY BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CREMIN,

                         Plaintiff,

vs.

McKESSON CORPORATION
EMPLOYEES' LONG TERM
DISABILITY BENEFIT PLAN,

                        Defendant.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

                        Real Party
                        in Interest.

Case No. C-07-1302 JL

**ANSWER TO COMPLAINT**

**DEMAND FOR JURY TRIAL**

Defendant, McKESSON CORPORATION EMPLOYEES' LONG TERM

DISABILITY BENEFIT PLAN, hereby responds to the Complaint of Plaintiff and

asserts as follows:

        1.     In answer to Paragraph 1 of the Complaint, Defendant admits each and

every allegation contained therein.

        2.     In answer to Paragraph 2 of the Complaint, Defendant admits the plan

is covered by the Employee Retirement Income Security Act of 1974 and that

Jenkins Goodman
Neuman & Hamilton
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-1-

1  McKesson Corporation resides within this judicial district. As to the remaining
2  allegations, Defendant is without sufficient knowledge or information to form a
3  belief as to the truth of those allegations contained in said paragraph, and on that
4  basis denies each and every remaining allegation contained therein.

5       3.       Answering Paragraph 3 of the Complaint, Defendant admits that
6  Liberty Life Assurance Company of Boston is a corporation that has taken over as
7  the decision-maker for disability benefits under the plan. As to the remaining
8  allegations, Defendant is without sufficient knowledge or information to form a
9  belief as to the truth of those allegations contained in said paragraph, and on that
10  basis denies each and every remaining allegation contained therein.

11      4.       In answer to Paragraphs 4 through 15 of the Complaint, Defendant is
12  without sufficient knowledge or information to form a belief as to the truth of the
13  allegations contained in said paragraphs, and on that basis denies each and every
14  allegation contained therein.

15                    **DEMAND FOR JURY TRIAL**

16      Defendant hereby demands a jury trial, as provided by Rule 38(b) of the
17  Federal Rules of Civil Procedure.

18

19  DATED: August 2, 2007          JENKINS GOODMAN NEUMAN
                                    & HAMILTON LLP
20

21

22                                 By: _____
                                    FARLEY J. NEUMAN
23                                  Attorneys for McKESSON
                                    CORPORATION EMPLOYEES' LONG
                                    TERM DISABILITY BENEFIT PLAN
24

25

26

Jenkins Goodman
Neuman & Hamilton
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

# PROOF OF SERVICE

**CASE NAME:** *Cremin v. McKesson Corporation*
**CASE NUMBER:** C 07-1302-JL
**DATE OF SERVICE:** August 6, 2007
**DESCRIPTION OF DOCUMENTS SERVED:**

**ANSWER TO COMPLAINT/DEMAND FOR JURY TRIAL**

_____

**SERVED ON THE FOLLOWING:**

**<u>Attorneys for Plaintiff</u>**
Laurence F. Padway, Esq.
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel.: (510)814-6100
Fax.: (510)814-0650

David J. Linden, Esq.
P.O. Box 5780
Napa, CA 94581
Tel.: (707)252-7007
Fax.: (707)252-7883

**<u>Attorneys for Liberty Life Assurance Company of Boston</u>**
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063
Tel.: (650)780-1776
Fax: (650)780-1701

    I am over the age of 18 years and not a party to or interested in the above-named case. I am an employee of Jenkins Goodman Neuman & Hamilton, and my business address is 417 Montgomery Street, 10th Floor, San Francisco, CA 94104. On the date stated above, I served a true copy of the document(s) described above, by mail, by placing said document(s) in an envelope, addressed as shown above for collection and mailing on the date shown above following the ordinary business practices of Jenkins Goodman Neuman & Hamilton. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, said document(s) would be deposited with the United States Postal Service at a post box in San Francisco, California on the same day (at approximately 5:00 P.M.) with postage thereon fully prepaid for first class mail.
    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the date stated above.

Jenkins Goodman
Neuman & Hamilton
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

Barry H. Silverblatt

-1-