UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Cremin
        Plaintiff(s),

v.

McKesson Corporation Employees'
Long-Term Disability Plan,
        Defendant(s);

Liberty Life Assurance Company of
Boston,

        Real Party in Interest.

Case No. 07-01302 WHA

REAL PARTY IN INTEREST
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON'S ADR
CERTIFICATION BY PARTIES AND
COUNSEL

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       (2) Discussed the available dispute resolution options provided by the Court and private entities; and

       (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/21/07

Dated: 8/21/07

*[signature]*
Lee W. Rabkin
Liberty Life Assurance Co. of Boston

*[signature]*
Kathryn C. Curry
Attorneys for Liberty Life Assurance
Company of Boston

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com