UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CREMIN
          Plaintiff(s),

v.

McKesson Corporation Employees' Long-Term Disability Plan,
          Defendant(s).

Liberty Life Assurance Company of Boston,

          Real Party in Interest.
_____/

CASE NO. 07-1302 CW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    September 11, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Laurence F. Padway | Michael Cremin | (510) 814-0680 | lp@padway.com |
| Kathryn C. Curry | Liberty Life Assurance Company of Boston | (650) 780-1744 | kcurry@ropers.com |
| Farley J. Neuman | McKesson Corp. Employees' LTD Plan | (415) 705-0400 | FNeuman@jgn.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Rev 12.05

American LegalNet, Inc.
www.USCourtForms.com

Date: 8/22/07

_____
Attorney for Plaintiff,
Michael Cremin

Dated: _____

_____
Attorney for Defendant,
McKesson Corporation Employees'
Long-Term Disability Plan

Dated: _____

_____
Attorney for Real Party in Interest,
Liberty Life Assurance Company of
Boston

Rev 12.05

American LegalNet, Inc.
www.USCourtForms.com

TOTAL P.04

Date: _____

                                                        Attorney for Plaintiff,
                                                        Michael Cremin

Dated: _8-23-07_

                                                        Attorney for Defendant,
                                                         McKesson Corporation Employees'
                                                        Long-Term Disability Plan

Dated: _8-23-07_

                                                        Attorney for Real Party in Interest,
                                                        Liberty Life Assurance Company of
                                                        Boston

American LegalNet, Inc.
www.USCourtForms.com