LAURENCE F. PADWAY (SBN 83914)
LAW OFFICES OF LAURENCE PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile:  (510) 814-0650

Attorney for Plaintiff
MICHAEL CREMIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN,<br><br>                Plaintiff<br><br>v.<br><br>McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN,<br><br>                Defendants. | CASE NO. C 07-1302 WHA<br><br>**MICHAEL CREMIN'S NOTICE OF INTERESTED ENTITIES OR PERSONS**<br><br>**N.D. Civil L.R. 3-16** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>                Real Party in Interest. | |

         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

than the named parties, there is no such interest to report.


DATED: September 5, 2007                    LAW OFFICES OF LAURENCE PADWAY


                                    By:   ____/s/ Laurence F. Padway_____
                                          Laurence F. Padway
                                          Attorney for Plaintiff
                                          MICHAEL CREMIN