AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

Michael Cremin

                Plaintiff (s),

    V.

McKesson Corporation Employee's Long Term Disability Plan

              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-01302 CW

Notice is hereby given that, subject to approval by the court, __Defendant McKesson Corporation Employee's LTD Plan__ substitutes
(Party (s) Name)

__Pamela E. Cogan/Kathryn C. Curry/Crystal M. Thomas__, State Bar Nos. __105089/ 157099/181885__ as counsel of record in
(Name of New Attorney)

place of __Farley J. Neuman, JENKINS, GOODMAN, NEUMAN & HAMILTON.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Ropers, Majeski, Kohn & Bentley
    Address: 1001 Marshall Street, Third Floor, Redwood City, CA 94063
    Telephone: (650) 36408200   Facsimile (650) 780-1701
    E-Mail (Optional): pcogan@ropers.com/kcurry@ropers.com/cthomas@ropers.com

I consent to the above substitution.

Date: SEPTEMBER 4, 2007

    McKesson Corporation
    By: _Lawrence M. Pan_
    (Signature of Party (s))

I consent to being substituted.

Date: 9-4-07

    (Signature of Former Attorney (s))
    Farley J. Neuman

I consent to the above substitution.
Date: August 21, 2007

    (Signature of New Attorney)
    Kathryn C. Curry

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
                                                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

RC1/5004736.1/KCC