Law Offices of
# LAURENCE F. PADWAY

---

Board Certified in Civil Trial Advocacy, NBTA
Diplomate, National College of Advocacy

Writer's Direct Tel : (510) 814-0680
Facsimile : (510) 814-0650
Office Number : (510) 814-6100

E-mail : Lp@padway.com

1516 Oak Street
Suite 109
Alameda, CA 94501

November 29, 2007

Honorable James Larson
United States District Court
450 Golden Gate Avenue,
Courtroom F, 15th Floor
San Francisco, CA 94102

      Re: Cremin v. McKesson, C07-01302 CW/JL
      Claim Number 614941

Dear Judge Larson:

      We represent the plaintiff in the above matter. This case was referred for a settlement conference which has been scheduled for December 18, 2007. Because of previously scheduled vacation plans, I am not available to attend the conference. My paralegal contacted chambers as instructed in the court's order of October 1, 2007 to reschedule this and she was advised that you were unavailable to conduct a settlement conference prior to January 2008, and that the only other option would be to refer the case to another magistrate judge. We have conferred with defense counsel and both sides request that the case be referred to a magistrate judge who would be available to conduct the settlement conference in December.

      Thank you for your attention to this matter.

      Very truly yours,


      Laurence F. Padway


cc: Kathryn Curry