1  Laurence F. Padway (SBN: 89314)
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510)814-6100
   Facsimile : (510)814-0650
4
   David J. Linden (SBN: 41221)
5  Post Office Box 5780
   Napa, CA 94581
6  Telephone: (707) 252-7007
   Facsimile: (707) 252-7883
7
   Attorneys for Plaintiff
8
   Pamela E. Cogan (SBN: 105089)
9  Kathryn C. Curry (SBN: 157099)
   Ropers, Majeski, Kohn & Bentley
10 1001 Marshall Street
   Redwood City, CA 94063
11 Telephone: (650) 364-8200
   Facsimile: (650)780-1701
12
   Attorneys for Real Party in Interest
13     and Defendant

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 MICHAEL CREMIN                          No. C07-01302 CW
                                           STIPULATION AND (PROPOSED)
18                                         ORDER CONTINUING
            Plaintiff,                     SETTLEMENT CONFERENCE
19     vs.                                 AND REQUEST FOR REFERRAL TO
                                           ANOTHER MAGISTRATE JUDGE
20 MCKESSON CORPORATION EMPLOYEES'
   LONG TERM DISABILITY PLAN,
21
            Defendant
22 _____/

23
   LIBERTY LIFE ASSURANCE COMPANY
24 OF BOSTON,

25          Real Party in Interest

26 _____/

27     Whereas, the settlement conference in the above matter was scheduled for December 18,

28 2007 at 10:00 a.m. before the Honorable James Larson; and

Stip to Continue Settlement Conference          1

1  Whereas, Laurence F. Padway, counsel for plaintiff is unavailable to attend the settlement conference because of a previously scheduled vacation in Hawaii. Counsel for plaintiff is currently available December 26-31, 2007, January 2, 2008, January 3, 2008 (p.m. only), January 14, 2008, January 16, 2008, January 22, 2008 (p.m. only), January 23-24, 2008, and January 28-30, 2008; and

Whereas, the Honorable James Larson is unavailable to conduct the settlement conferences prior to February, 2008.

Now, therefore, the parties stipulate to have the settlement conference continued and the case referred to an alternate magistrate judge for the settlement conference.

IT IS SO STIPULATED.

DATED: 12/12/07

/s/ Laurence F. Padway
Laurence F. Padway
Law Offices of Laurence F. Padway
Attorney for plaintiffs

DATED: Dec. 12, 2007

Kathryn C. Curry
Ropers, Majeski, Kohn & Bentley
Attorney for real party in interest and defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED. The settlement conference scheduled for December 18, 2007 at 10:00 a.m. before the Honorable James Larson is hereby vacated. The case has been referred to _____ for a settlement conference. The settlement conference shall take place on _____ .

DATED: _____

Hon. Claudia Wilken
United States District Court Judge

Stip to Continue Settlement Conference                2