Law Offices of
# LAURENCE F. PADWAY

Board Certified in Civil Trial Advocacy, NBTA
Diplomate, National College of Advocacy

Writer's Direct Tel : (510) 814-0680
Facsimile         : (510) 814-0650
Office Number     : (510) 814-6100

1516 Oak Street
Suite 109
Alameda, CA 94501

E-mail    : Lp@padway.com

December 12, 2007

Honorable Claudia Wilken
United States District Court
1301 Clay Street,
Courtroom 2, 4th Floor
Oakland, CA 94612

Re: Cremin v. McKesson, C07-01302 CW/JL

Dear Judge Wilken:

We represent the plaintiff in the above matter. This case was referred for a settlement conference which has been scheduled for December 18, 2007 before Judge James Larson. Because of previously scheduled plans to vacation in Hawaii, I am not available to attend the conference. We have attempted informally so reschedule the settlement conference continued but have been informed that Judge Larson is unavailable to conduct a settlement conference prior to February 2008. We therefore are submitting a stipulation and (proposed) order to have the settlement conference continued and referred to another magistrate judge. We have conferred with defense counsel and both sides request that the case be referred to a magistrate judge who would be available to conduct the settlement conference as soon as possible after December 25.

Thank you for your attention to this matter.

Very truly yours,

Laurence F. Padway

cc: Kathryn Curry