Laurence F. Padway (SBN: 89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

David J. Linden (SBN: 41221)
Post Office Box 5780
Napa, CA 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for Plaintiff

Pamela E. Cogan (SBN: 105089)
Kathryn C. Curry (SBN: 157099)
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650)780-1701

Attorneys for Real Party in Interest
    and Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN<br><br>    Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY PLAN,<br><br>    Defendant<br>_____/<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Real Party in Interest<br>_____/ | No. C07-01302 CW<br>STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE AND REQUEST FOR REFERRAL TO ANOTHER MAGISTRATE JUDGE |

Whereas, the settlement conference in the above matter was scheduled for December 18, 2007 at 10:00 a.m. before the Honorable James Larson; and

Stip to Continue Settlement Conference    1

     Whereas, Laurence F.Padway, counsel for plaintiff is unavailable to attend the settlement conference because of a previously scheduled vacation in Hawaii.  Counsel for plaintiff is currently available December 26-31, 2007, January 2, 2008, January 3, 2008 (p.m. only), January 14, 2008, January 16, 2008, January 22, 2008 (p.m. only), January 23-24, 2008, and January 28-30, 2008; and

     Whereas, the Honorable James Larson is unavailable to conduct the settlement conferences prior to February, 2008.

     Now, therefore, the parties stipulate to have the settlement conference continued and the case referred to an alternate magistrate judge for the settlement conference.

     IT IS SO STIPULATED.

DATED: _____

                                                   _____
                                                   Laurence F. Padway
                                                   Law Offices of Laurence F. Padway
                                                   Attorney for plaintiffs

DATED: _____

                                                   Kathryn C. Curry
                                                   Ropers, Majeski, Kohn & Bentley
                                                   Attorney for real party in interest and defendant

     PURSUANT TO STIPULATION, IT IS SO ORDERED.  The settlement conference scheduled for December 18, 2007 at 10:00 a.m. before the Honorable James Larson is hereby vacated.  The case will be referred to another Magistrate Judge for a settlement conference.  The settlement conference shall take at the earliest convenience of the Magistrate Judge's calendar.

12/13/07

DATED: _____                                 _____

                                                   Hon. Claudia Wilken
                                                 United States District Court Judge

Stip to Continue Settlement Conference       2