1  Laurence F. Padway, #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510)814-6100
   Facsimile : (510)814-0650
4
   David J. Linden (SBN: 041221)
5  P.O. Box 5780
   Napa, California 94581
6  Telephone: (707) 252-7007
   Facsimile:  (707) 252-7883
7
   Attorneys for plaintiff
8
   Pamela E. Cogan (SBN: 105089)
9  Kathryn C. Curry (SBN: 157099)
   Mary K. Piasta (SBN:229655)
10 Ropers, Majeski, Kohn & Bentley
   1001 Marshall Street
11 Redwood City, CA 94063
   Telephone: (650) 364-8200
12 Facsimile: (650)780-1701

13 Attorneys for Real Party in Interest
         and Defendant
14

15

16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19
   MICHAEL CREMIN                          No. C07-01302 CW
20
                                           STIPULATION AND (PROPOSED)
21         Plaintiff,                      ORDER TO EXTEND MOTION
       vs.                                 DEADLINES
22
   MCKESSON CORPORATION EMPLOYEES'
23 LONG TERM DISABILITY PLAN,

24         Defendant
                                      /
25
   LIBERTY LIFE ASSURANCE COMPANY
26 OF BOSTON,

27         Real Party in Interest

28                                    /

Stipulation to Extend Motion Deadlines            1

1     Whereas, the schedule for filing Rule 52 cross-motions was set as follows:

    January 17, 2008    Deadline for Plaintiff to File Rule 52 Motion

    February 7, 2008    Deadline for Defendant to file Opposition and Corss-Motion

    February 14, 2008    Deadline for Plaintiff's Reply/Opposition

    February 28, 2008    Motion Hearing

    Whereas, the settlement conference in the above matter was rescheduled from December 18, 2007 before the Honorable James Larson to April 8, 2008 before Judge Maria-Elena James; and

    Now, therefore, the parties stipulate to the following briefing schedule:

    April 18, 2008    Deadline for Plaintiff to File Rule 52 Motion

    May 9, 2008    Deadline for Defendant to file Opposition and Corss-Motion

    May 23, 2008    Deadline for Plaintiff's Reply/Opposition

    June 5, 2008    Motion Hearing

    IT IS SO STIPULATED.

DATED: 2/6/08

Laurence F. Padway
Law Offices of Laurence F. Padway
Attorney for plaintiffs

DATED: 2/6/08

Pamela E. Cogan
Ropers, Majeski, Kohn & Bentley
Attorney for real party in interest and defendant

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.
2
3
4  Dated: _____          _____
                                     Hon. Claudia Wilken
5                                    United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28