1  Laurence F. Padway, #89314
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510)814-6100
   Facsimile : (510)814-0650
4
   David J. Linden (SBN: 041221)
5  P.O. Box 5780
   Napa, California 94581
6  Telephone:  (707) 252-7007
   Facsimile:   (707) 252-7883
7
   Attorneys for plaintiff
8
   Pamela E. Cogan (SBN: 105089)
9  Kathryn C. Curry (SBN: 157099)
   Mary K. Piasta (SBN:229655)
10 Ropers, Majeski, Kohn & Bentley
   1001 Marshall Street
11 Redwood City, CA 94063
   Telephone: (650) 364-8200
12 Facsimile:  (650)780-1701

13 Attorneys for Real Party in Interest
           and Defendant

14

15

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19
   MICHAEL CREMIN                                No. C07-01302 CW
20
                                                 STIPULATION AND
21         Plaintiff,                            ORDER TO EXTEND MOTION
       vs.                                       DEADLINES **AS MODIFIED**
22
   MCKESSON CORPORATION EMPLOYEES'
23 LONG TERM DISABILITY PLAN,

24         Defendant
   _____/
25
   LIBERTY LIFE ASSURANCE COMPANY
26 OF BOSTON,

27         Real Party in Interest

28 _____/

   Stipulation to Extend Motion Deadlines         1

1 | Whereas, the schedule for filing Rule 52 cross-motions was set as follows:

| | |
|---|---|
| January 17, 2008 | Deadline for Plaintiff to File Rule 52 Motion |
| February 7, 2008 | Deadline for Defendant to file Opposition and Corss-Motion |
| February 14, 2008 | Deadline for Plaintiff's Reply/Opposition |
| February 28, 2008 | Motion Hearing |

Whereas, the settlement conference in the above matter was rescheduled from December 18, 2007 before the Honorable James Larson to April 8, 2008 before Judge Maria-Elena James; and

Now, therefore, the parties stipulate to the following briefing schedule:

| | |
|---|---|
| April 18, 2008 | Deadline for Plaintiff to File Rule 52 Motion |
| May 9, 2008 | Deadline for Defendant to file Opposition and Corss-Motion |
| May 23, 2008 | Deadline for Plaintiff's Reply/Opposition |
| **June 19, 2008** | **Motion Hearing** |

IT IS SO STIPULATED.

DATED: 2/5/08         /s/
Laurence F. Padway
Law Offices of Laurence F. Padway
Attorney for plaintiffs

DATED: 2/6/08         /s/
Pamela E. Cogan
Ropers, Majeski, Kohn & Bentley
Attorney for real party in interest and defendant

Stipulation to Extend Motion Deadlines         2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/11/08

*/s/ Claudia Wilken*

Hon. Claudia Wilken
United States District Court Judge