Total Time (Hrs): **2**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** April 8, 2008
**TITLE:** Cremin -v- McKesson                           **CASE #:** C-07-1302 CW

### APPEARANCES:

**FOR PLAINTIFF:**                                       **FOR DEFENDANT:**

Laurence E. Padway                                       Pamela E. Cogan

**Deputy Clerk:** Brenda Tolbert                         **FTR:**

### PROCEEDINGS:

\_\_\_\_ Case Management
\_\_\_\_ Further Case Management
\_\_\_\_ Status Conference
\_\_\_\_ Pretrial Conference
 X   Settlement Conference (Length: 2 Hr/s.)
\_\_\_\_ Evidentiary Hearing
\_\_\_\_ Examination of Judgment Debtor
\_\_\_\_ Motions
\_\_\_\_ Other:

**ORDER/RESULTS:**

**Settlement Conference Held.  Parties Unable to Settle**

**Case Continued To:** _____   **For:** _____
**Case Referred To:**         CW                        **For:**   Status/Trial

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda, Other: