Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

David J. Linden (SBN: 041221)
P.O. Box 5780
Napa, California 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for plaintiff

Pamela E. Cogan (SBN: 105089)
Kathryn C. Curry (SBN: 157099)
Mary K. Piasta (SBN:229655)
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650)780-1701

Attorneys for Real Party in Interest
        and Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN<br><br>        Plaintiff,<br>    vs.<br><br>MCKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY PLAN,<br><br>        Defendant<br>_____/<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Real Party in Interest<br>_____/ | No. C07-01302 CW<br><br>STIPULATION AND (PROPOSED) ORDER TO EXTEND MOTION BRIEFING SCHEDULE |

Stipulation to Extend Motion Briefing Schedule                1

Whereas, the schedule for filing Rule 52 cross-motions is currently set as follows:

| | |
|---|---|
| April 18, 2008 | Deadline for Plaintiff to File Rule 52 Motion |
| May 9, 2008 | Deadline for Defendant to file Opposition and Cross-Motion |
| May 23, 2008 | Deadline for Plaintiff's Reply/Opposition |
| June 5, 2008 | Motion Hearing |

Now, therefore, the parties stipulate to the following briefing schedule:

| | |
|---|---|
| April 21, 2008 | Deadline for Plaintiff to File Rule 52 Motion |
| May 12, 2008 | Deadline for Defendant to file Opposition and Cross-Motion |
| May 23, 2008 | Deadline for Plaintiff's Reply/Opposition |
| June 5, 2008 | Motion Hearing |

IT IS SO STIPULATED.

DATED: April 17, 2008

/s/
Laurence F. Padway
Law Offices of Laurence F. Padway
Attorney for plaintiffs

DATED: April 17, 2008

/s/
Pamela E. Cogan
Ropers, Majeski, Kohn & Bentley
Attorney for real party in interest and defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Claudia Wilken
United States District Court Judge

Stipulation to Extend Motion Briefing Schedule        2