PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
JENNIFER A. WILLIAMS (SBN 244707)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701

Attorneys for McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL CREMIN, | CASE NO. C 07-1302-CW |
|---|---|
| Plaintiff, | DECLARATION OF PAULA MCGEE IN SUPPORT OF DEFENDANT'S AND REAL PARTY IN INTEREST'S CROSS MOTION FOR JUDGMENT |
| v. | |
| McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN; | |
| Defendant. | Date:  June 19, 2008<br>Time:  2:00 p.m.<br>Judge:  **Honorable Claudia Wilken** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | |
| Real Party In Interest. | |

I, Paula McGee, declare:

1. I am the Litigation Manager of Disability Claims for Liberty Life Assurance Company of Boston ("Liberty Life"), the real party in interest in the above-captioned action. I am authorized to and hereby make this declaration on behalf of Liberty Life. The statements herein are of my own personal knowledge and if called as a witness could competently testify hereto.

2. Prior to January 1, 2000, the McKesson HBOC, Inc. Long Term Disability Plan (the "Plan") was self-insured by McKesson HBOC, Inc. and the third party claims administrator of the Plan was Preferred Works. A true and correct copy of the Plan is attached hereto as Exhibit A.

3. On January 1, 2000, Liberty Life issued a Group Disability Income Policy to McKesson HBOC, Inc. insuring the Plan with respect to claims incurred after January 1, 2000.

4. Effective January 1, 2000, Liberty Life also entered into a Reserve Buy Out Agreement ("Agreement") with McKesson HBOC, Inc., the Plan and McKesson HBOC, Inc. Employees' Long Term Disability Plan Trust under which Liberty Life agreed to assume the claims administration and payment obligations for designated Claimants. Michael Cremin was one of the designated claimants under the Agreement. Attached hereto as Exhibit B is a true and correct copy of the RBO Agreement. Because of the privacy rights of the third parties', attachment A to the Agreement, identifying the names of the various individual claimants, is not included.

5. I am familiar with and I have reviewed the claims file regarding plaintiff Michael Cremin's claim for disability benefits under the Plan.

6. Pursuant to the Agreement, Liberty Life took over the claim's administration and payment obligations for plaintiff's claim on January 1, 2000. The claim file maintained by Preferred Works was transferred to Liberty Life. A new claim file was created and all documents received from Preferred Works were placed in the claim file.

7. All documents relating to plaintiff's claim for disability benefits were placed in a claim file maintained by Liberty Life in the normal course of business. All documents received by Liberty Life in connection with plaintiff's claim for disability benefits were added to the claim file at the time that they were received. Similarly, copies of any and all documents or letters sent by Liberty Life relating to plaintiff's claim were added to the claim file, at the time they were sent, and maintained in the normal course of business. Any and all handwritten or typewritten notes of internal or external correspondence were also added to the claim file, as they were generated, and maintained by Liberty Life in the normal course of business. All documents

RC1/5112991.1/JAW                                                     - 2 -                    DECLARATION OF PAULA MCGEE IN SUPPORT OF
                                                                                                DEF & REAL PARTY IN INTEREST'S CROSS MOTION
                                                                                                FOR JUDGMENT CASE NO. C07-1302 CW

received or generated by Liberty Life during the appeal process were also added to the claim file and maintained by Liberty Life in the normal course of business. The claim file is also comprised of electronic claim notes by claims handlers and nurses in the Liberty Life's Managed Disability Services ("MDS") unit. Attached hereto as Exhibit C [manually filed] is a true and complete copy of the claim file, including all electronic notes, relating to plaintiff's claim.

8. The private information contained in the claim file (e.g., Social Security numbers, birth dates [month and day of plaintiff], driver's license numbers, financial account numbers, names of minors) has been redacted in compliance with federal, state and local rules.

9. Attached hereto as Exhibit D [manually filed] is a true and correct copy of the surveillance DVD for March 28, 29 and 30, 2002.

10. Attached hereto as Exhibit E [manually filed] is a true and correct copy of the surveillance DVD for November 6 and 9, 2002.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of May, 2008 at Tampa, Florida.

_____
Paula McGee