# EXHIBIT C

1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  JENNIFER A. WILLIAMS (SBN 244707)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, CA 94063
4  Telephone:  (650) 364-8200
   Facsimile:  (650) 780-1701
5  Email:      pcogan@ropers.com
               kcurry@ropers.com
6              jwilliams@ropers.com

7  Attorneys for
   McKESSON CORPORATION
8  EMPLOYEES' LONG TERM DISABILITY
   BENEFIT PLAN and LIBERTY LIFE
9  ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL CREMIN, | CASE NO. C 07-1302-CW |
|---|---|
| Plaintiff, | |
| v. | **EXHIBIT C TO DECLARATION OF PAULA MCGEE** |
| McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN; | [CLAIM FILE CF-0001 to CF-0921] |
| Defendant. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | |
| Real Party In Interest. | |

**NOTICE OF MANUAL FILING**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAK ENOTICE THAT** Exhibit C to the Declaration of Paula McGee (Claim File) filed in support of Defendants' Motion for Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

RC1/5117012.1/KCC                - 1 -                MANUAL FILING NOTIFICATION EXHIBIT C –
                                                       CASE C 07-01302 CW

1   For information on retrieving this filing directly from the court, please see the court's main web
2   site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
3       This filing was not e-filed for the following reason(s):
4   [X]  Voluminous Document (PDF file size larger than the e-filing system allows)
5   [_]  Unable to Scan Documents
6   [_]  Physical Object (description): _____
7   _____
8   [_]  Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
9   [_]  Item Under Seal
10  [X]  Conformance with the Judicial Conference Privacy Policy (General Order 53). The
11  claim file contains private medical records, which should not be electronically filed.
12  [_]  Other (description): _____
13  _____

Dated: May 12, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Kathryn C. Curry
PAMELA E. COGAN
KATHRYN C. CURRY
JENNIFER A. WILLIAMS
Attorneys for
McKESSON CORPORATION
EMPLOYEES' LONG TERM
DISABILITY BENEFIT PLAN and
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5117012.1/KCC

- 2 -

MANUAL FILING NOTIFICATION EXHIBIT C –
CASE CV 07 01017 MJJ