# EXHIBIT D

```
 1  PAMELA E. COGAN (SBN 105089)
    KATHRYN C. CURRY (SBN 157099)
 2  JENNIFER A. WILLIAMS (SBN 244707)
    ROPERS, MAJESKI, KOHN & BENTLEY
 3  1001 Marshall Street
    Redwood City, CA  94063
 4  Telephone:   (650) 364-8200
    Facsimile:   (650) 780-1701
 5  Email:       pcogan@ropers.com
                 kcurry@ropers.com
 6               jwilliams@ropers.com

 7  Attorneys for
    McKESSON CORPORATION
 8  EMPLOYEES' LONG TERM DISABILITY
    BENEFIT PLAN and LIBERTY LIFE
 9  ASSURANCE COMPANY OF BOSTON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN,<br><br>    Plaintiff,<br><br>v.<br><br>McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN;<br><br>    Defendant.<br><br>―――――――――――<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>Real Party In Interest. | CASE NO.  C 07-1302 CW<br><br>**EXHIBIT D TO DECLARATION OF PAULA MCGEE**<br><br>**[Surveillance DVD]** |

### NOTICE OF MANUAL FILING

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAK ENOTICE THAT** Exhibit D to the Declaration of Paula McGee (Surveillance DVD) filed in support of Defendants' Motion for Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

RC1/5117029.1/KCC    - 1 -    MANUAL FILING NOTIFICATION EXHIBIT D – CASE C 07-01302 CW

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[ ] Unable to Scan Documents

[ ] Physical Object (description): _____

_____

[X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[ ] Item Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[ ] Other (description): _____

_____

Dated: May 12, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Kathryn C. Curry
PAMELA E. COGAN
KATHRYN C. CURRY
JENNIFER A. WILLIAMS
Attorneys for
McKESSON CORPORATION
EMPLOYEES' LONG TERM
DISABILITY BENEFIT PLAN and
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON