# EXHIBIT E

1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  JENNIFER A. WILLIAMS (SBN 244707)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, CA  94063
4  Telephone:     (650) 364-8200
   Facsimile:     (650) 780-1701
5  Email:         pcogan@ropers.com
                  kcurry@ropers.com
6                 jwilliams@ropers.com

7  Attorneys for
   McKESSON CORPORATION
8  EMPLOYEES' LONG TERM DISABILITY
   BENEFIT PLAN and LIBERTY LIFE
9  ASSURANCE COMPANY OF BOSTON

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 MICHAEL CREMIN,                          CASE NO.  C 07-1302 CW

14               Plaintiff,
                                            **EXHIBIT E TO DECLARATION OF
15 v.                                       PAULA MCGEE**

16 McKESSON CORPORATION                     [Surveillance DVD]
   EMPLOYEES' LONG TERM
17 DISABILITY BENEFIT PLAN;

18               Defendant.

19

20 LIBERTY LIFE ASSURANCE
   COMPANY OF BOSTON
21
   Real Party In Interest.
22

23                       NOTICE OF MANUAL FILING

24     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25     PLEASE TAK ENOTICE THAT Exhibit E to the Declaration of Paula McGee

26 (Surveillance DVD) filed in support of Defendants' Motion for Judgment.

27         This filing is in paper or physical form only, and is being maintained in the case file in the

28 Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

RC1/5117031.1/KCC                    - 1 -    MANUAL FILING NOTIFICATION EXHIBIT E –
                                              CASE C 07-01302 CW

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  For information on retrieving this filing directly from the court, please see the court's main web

2  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

3      This filing was not e-filed for the following reason(s):

4  [_] Voluminous Document (PDF file size larger than the e-filing system allows)

5  [_] Unable to Scan Documents

6  [_] Physical Object (description): _____

7  _____

8  [X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

9  [_] Item Under Seal

10  [] Conformance with the Judicial Conference Privacy Policy (General Order 53).

11  [_] Other (description): _____

12  _____

13

  Dated: May 12, 2008            ROPERS, MAJESKI, KOHN & BENTLEY

14

15

                       By: _Kathryn C. Curry_____

16                         PAMELA E. COGAN
                       KATHRYN C. CURRY

17                         JENNIFER A. WILLIAMS
                       Attorneys for

18                         McKESSON CORPORATION
                       EMPLOYEES' LONG TERM

19                         DISABILITY BENEFIT PLAN and
                       LIBERTY LIFE ASSURANCE

20                         COMPANY OF BOSTON

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City