1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  JENNIFER A. WILLIAMS (SBN 244707)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, CA  94063
4  Telephone:    (650) 364-8200
   Facsimile:    (650) 780-1701
5  Email:        pcogan@ropers.com
                 kcurry@ropers.com
6                jwilliams@ropers.com

7  Attorneys for
   McKESSON CORPORATION
8  EMPLOYEES' LONG TERM DISABILITY
   BENEFIT PLAN and LIBERTY LIFE
9  ASSURANCE COMPANY OF BOSTON

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN,<br><br>          Plaintiff,<br><br>v.<br><br>McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN;<br><br>          Defendant. | **CASE NO.  C 07-1302-CW**<br><br>**PROOF OF SERVICE** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>Real Party In Interest. | |

RC1/5118052.1/JAW                - 1 -           PROOF OF SERVICE
                                                 CASE C 07-01302 CW

| | |
|---|---|
| CASE NAME: | MICHAEL CREMIN v. McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN |
| ACTION NO.: | C 07-1302 |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 1001 Marshall Street, Redwood City, CA 94063. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**EXHIBIT C TO DECLARATION OF PAULA McGEE IN SUPPORT OF DEFENDANT'S AND REAL PARTY IN INTEREST'S CROSS-MOTION FOR JUDGMENT [FOUR VOLUMES]**

**EXHIBITS D AND E TO DECLARATION OF PAULA McGEE IN SUPPORT OF DEFENDANT'S AND REAL PARTY IN INTEREST'S CROSS-MOTION FOR JUDGMENT [FOUR VOLUMES]**

On the following persons

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

> Laurence Padway, Esq.
> 1516 Oak Street, #109
> Alameda, CA 94501-2953
> Telephone: (510) 814-0680
> Facsimile: (510) 814-0650

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 12, 2007, at Redwood City, California.

*/s/ Rose Love*
Rose Love

RC1/368988.1/RL1