Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

David J. Linden (SBN: 041221)
P.O. Box 5780
Napa, California 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for Plaintiff

Pamela E. Cogan (SBN: 105089)
Kathryn C. Curry (SBN: 157099)
Mary K. Piasta (SBN:229655)
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650)780-1701

Attorneys for Real Party in Interest
and Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN, | No. C07-01302 CW |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER TO EXTEND FILING DATE FOR PLAINTIFF'S REPLY/OPPOSITION |
| vs. | |
| MCKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY PLAN, | |
| Defendant. | |
| _____/ | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Real Party in Interest. | |
| _____/ | |

1   Whereas, the schedule for filing Rule 52 cross-motions was set by the Court's order filed
2   April 22, 2008, as follows:

3   | April 21, 2008 | Deadline for Plaintiff to File Rule 52 Motion |
4   | May 12, 2008 | Deadline for Defendant to file Opposition and Cross-Motion |
5   | May 23, 2008 | Deadline for Plaintiff's Reply/Opposition |
6   | June 19, 2008 | Motion Hearing |

7   Whereas, Plaintiff's Rule 52 Motion and Defendant's Opposition and Cross-Motion were
8   timely filed in accordance with the above schedule;

9   Whereas, because Plaintiff's counsel is now recovering from surgery, the parties have agreed
10  to extend the deadline for filing Plaintiff's Reply/Opposition to May 28, 2008; and

11  Whereas, the proposed deadline will be at least 14 days before the June 19, 2008, hearing
12  date, as required by Civil L.R. 7-3(c).

13  Now, therefore, the parties stipulate that the deadline for filing Plaintiff's Reply/Opposition
14  brief shall be extended to May 28, 2008.

15  IT IS SO STIPULATED.

17  DATED: May 22, 2008                    /s/
                                            Laurence F. Padway
18                                          Law Offices of Laurence F. Padway
                                            Attorney for Plaintiff

20  DATED: May 22, 2008                    /s/
                                            Pamela E. Cogan
21                                          Ropers, Majeski, Kohn & Bentley
                                            Attorney for Real Party in Interest and
22                                          Defendant

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26
27  DATED:_____                   _____
                                            Hon. Claudia Wilken
                                            United States District Court Judge
28

Stipulation to Extend Filing Date           2                          C07-01302 CW