Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

David J. Linden (SBN: 041221)
P.O. Box 5780
Napa, California 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for Plaintiff

Pamela E. Cogan (SBN: 105089)
Kathryn C. Curry (SBN: 157099)
Mary K. Piasta (SBN:229655)
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650)780-1701

Attorneys for Real Party in Interest
and Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CREMIN,

        Plaintiff,

   vs.

MCKESSON CORPORATION EMPLOYEES'
LONG TERM DISABILITY PLAN,

        Defendant.
_____/

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

      Real Party in Interest.
_____/

No. C07-01302 CW

STIPULATION AND ORDER TO
EXTEND FILING
DATE FOR PLAINTIFF'S
REPLY/OPPOSITION

1    Whereas, the schedule for filing Rule 52 cross-motions was set by the Court's order filed

2  April 22, 2008, as follows:

3         April 21, 2008         Deadline for Plaintiff to File Rule 52 Motion

4         May 12, 2008          Deadline for Defendant to file Opposition and Cross-Motion

5         May 23, 2008          Deadline for Plaintiff's Reply/Opposition

6         June 19, 2008         Motion Hearing

7    Whereas, Plaintiff's Rule 52 Motion and Defendant's Opposition and Cross-Motion were

8  timely filed in accordance with the above schedule;

9    Whereas, because Plaintiff's counsel is now recovering from surgery, the parties have agreed

10  to extend the deadline for filing Plaintiff's Reply/Opposition to May 28, 2008; and

11    Whereas, the proposed deadline will be at least 14 days before the June 19, 2008, hearing

12  date, as required by Civil L.R. 7-3(c).

13    Now, therefore, the parties stipulate that the deadline for filing Plaintiff's Reply/Opposition

14  brief shall be extended to May 28, 2008.

15    IT IS SO STIPULATED.

16

17  DATED: May 22, 2008                    /s/_____
                                           Laurence F. Padway
18                                         Law Offices of Laurence F. Padway
                                           Attorney for Plaintiff
19

20  DATED: May 22, 2008                    /s/_____
                                           Pamela E. Cogan
21                                         Ropers, Majeski, Kohn & Bentley
                                           Attorney for Real Party in Interest and
22                                         Defendant

23

24    PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26         5/23/08
    DATED:_____                  _____
27                                         Hon. Claudia Wilken
                                           United States District Court Judge
28