```
1  PAMELA E. COGAN (SBN 105089)
   JENNIFER A. WILLIAMS (SBN 244707)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street
3  Redwood City, CA  94063
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email:       pcogan@ropers.com
5               jwilliams@ropers.com

6  Attorneys for
   McKESSON CORPORATION
7  EMPLOYEES' LONG TERM DISABILITY
   BENEFIT PLAN and LIBERTY LIFE
8  ASSURANCE COMPANY OF BOSTON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CREMIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN;<br><br>　　　　　Defendant. | CASE NO.  C 07-1302 CW<br><br>**NOTIFICATION OF CHANGE OF ATTORNEY INFORMATION** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Real Party In Interest. | |

**TO THE COURT AND THE PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney is no longer with the firm representing the defendant in this action and, therefore, is no longer counsel of record in this case:

　　　　　Kathryn C. Curry (SBN 157099)

　　　　　E-mail address: kcurry@ropers.com

| | |
|---|---|
| Dated: May 12, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY<br><br>By: _____<br>PAMELA E. COGAN<br>KATHRYN C. CURRY<br>JENNIFER A. WILLIAMS<br>Attorneys for<br>McKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |