UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CREMIN,

    Plaintiff,

  v.

MCKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN,

    Defendant.

NO. C 07-01302 CW

**MINUTE ORDER**
Date: 6/19/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Laurence Padway

**Appearances for Defendant:**
Pamela Cogan

### Motions:

| | | |
|---|---|---|
| Plaintiff | Rule 52 motion | Under submission |

Further briefing due:  see below
Order to be prepared by:  Court

Notes:  Motion taken under submission.  Plaintiff can submit additional 5 page brief on new case by 6/20/08; Defendant can file reply limited to 5 pages by Monday, 6/23/08.

Copies to:  Chambers