<div style="margin-left: 2em;">
United States District Court<br>
For the Northern District of California
</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CREMIN,

        Plaintiff,

   v.

MCKESSON CORPORATION EMPLOYEES' LONG TERM DISABILITY BENEFIT PLAN and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

        Defendants.
_____/

No. C 07-01302 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Denying Plaintiff's Motion for Judgment and Granting Defendant's Cross-Motion,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Michael Cremin take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 1st day of July, 2008.

                            RICHARD W. WIEKING
                            Clerk of Court

                      By: *Sheilah Cahill*
                            SHEILAH CAHILL
                            Deputy Clerk