Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

David J. Linden (SBN: 041221)
P.O. Box 5780
Napa, California 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CREMIN

    Plaintiff,

vs.

MCKESSON CORPORATION EMPLOYEES'
LONG TERM DISABILITY PLAN,

    Defendant
_____/

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

    Real Party in Interest
_____/

No. C07-01302 CW

NOTICE OF APPEAL

    Plaintiff hereby appeals from the judgment dated July 1, 2008 to the Ninth Circuit Court of Appeals.

DATED: July 14, 2008

Laurence F. Padway
Attorney for plaintiff

1

**PROOF OF SERVICE**

I am a citizen of the United States, employed in the County of Alameda, State of California. I am over the age of 18 and not a party to this action. My business address is 1516 Oak Street, Suite 109, Alameda, California 94501. On the date set forth below, I caused the following document(s) to be served as follows:

**NOTICE OF APPEAL**

___ **MAIL** – I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Services. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, with postage fully prepaid and deposited at or before the close of business.

_X_ **FACSIMILE** – I served a true copy of the aforementioned document by use of facsimile machine on the parties in this action to the numbers as set forth below. The facsimile machine I used complied with California Rules of Court, Rule 2003 (3) and no error was reported by the machine. Pursuant to Rules of Court, Rule 2008 (e) I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

___ **PERSONAL SERVICE**– Delivered by hand to the addressee addressed as set forth below.

___ **OVERNIGHT DELIVERY** – By causing a true copy to and/or original thereof to be sent via overnight delivery.

Pamela E. Cogan
Jennifer A. Williams
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063
650-364-8200 phone
650-780-1701 facsimile

I declare the foregoing under the penalty of perjury. Executed on July 14, 2008 at Alameda, California.

*Susan Pope*
Susan Pope

Proof of Service