UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 15, 2008

**CASE INFORMATION:**
Short Case Title:  <u>Cremin</u> -v- <u>McKesson Corporation Employees&#039; Long Term Dis</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>No.CA, Oakland; Claudia Wilken</u>
Criminal and/or Civil Case No.:  <u>CV 07-01302 CW</u>
Date Complaint/Indictment/Petition Filed: <u>03/06/2007</u>
Date Appealed order/judgment *entered* <u>07/01/2008</u>
Date NOA *filed* <u>07/15/2008</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                           ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>Diane Skillman, Raynee Mercado</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>7/15/08</u>            Date Docket Fee Billed:
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes  ☐ no                     Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:

        ***See attached***

☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Clara Pierce</u>
                                                     510-637-3535

C-07-1302-CW Michael Cremin-v-McKesson Corporation Employees' LTDP, et al

**Appellate Counsel:**

**Laurence Fred Padway**
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
(510) 814-0680

**David Joseph Linden**
Attorney at Law
P.O. Box 5780
Napa, CA 94581-0780
707-252-7007

**Appellee Counsel:**

**Pamela E. Cogan**
Jennifer A. Williams
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Third Floor
Redwood City, CA 94063
650-364-8200